| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Theodore George Borrego, Jr.** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | **Veronica Paz Borrego** | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | **25-14217-RAM** | |

■ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.................................. | $ 600,700.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................................. | $ 68,480.06 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................... | $ 669,180.06 |

### Part 2: Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 382,053.64 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 120,838.68 |
| | **Your total liabilities** | $ 502,892.32 |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ 9,055.17 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $ 8,716.11 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Theodore George Borrego, Jr.**
Debtor 2    **Veronica Paz Borrego**

Case number *(if known)*   **25-14217-RAM**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$      **8,666.67**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $   **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $   **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $   **0.00** |
| 9d. Student loans. (Copy line 6f.) | $   **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $   **2,496.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$   **0.00** |

9g. **Total.** Add lines 9a through 9f.

$      **2,496.00**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Theodore George Borrego, Jr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Veronica Paz Borrego** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **25-14217-RAM** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

| | | |
|---|---|---|
| **4160 N.E. 20th St** | | |
| Street address, if available, or other description | | |
| **Homestead** | **FL** | **33033-0000** |
| City | State | ZIP Code |
| **Miami-Dade** | | |
| County | | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Folio:10-7910-034-0100**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$600,700.00** | **$600,700.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entirety**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| |
|---|
| **$600,700.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **Theodore George Borrego, Jr.**
Debtor 2 **Veronica Paz Borrego**                    Case number *(if known)* **25-14217-RAM**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1
Make: **Chevrolet**
Model: **Traverse**
Year: **2020**
Approximate mileage: **70,452**
Other information:

**VIN#1GNERFKWXLJ222549**
**Debtors' Possession**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$12,500.00** | **$12,500.00**

3.2
Make: **Chevrolet**
Model: **Silverado 2500HD**
Year: **2024**
Approximate mileage: **28,544**
Other information:

**VIN#2GC1YME77R1108515**
**Debtors' Possession**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$46,000.00** | **$46,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>** | **$58,500.00**

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

**Used Household Goods & Furnishing [see attachment to Sch. B]**
**Debtors' Possession** | **$6,215.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.....

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

Debtor 1  **Theodore George Borrego, Jr.**

Debtor 2  **Veronica Paz Borrego**                                   Case number *(if known)*  **25-14217-RAM**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | Firearm [See Attachment to Sch. B]<br>Debtor's Possession | $450.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | Used Clothing [see attachment to Sch. B]<br>Debtor's Possession | $900.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | Jewelry [See Attachment to Sch. B]<br>Debtors' Possession | $425.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | 1 Small Dog Mix Maltese<br>Debtor's Possession | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................

    | |
    |---:|
    | $7,990.00 |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................................

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number *(if known)*  **25-14217-RAM**

|  | **Cash Debtor's Possession** | **$25.00** |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

| 17.1. | **Checking** | **Chase Bank, N.A., acct no.1596**<br>**Debtors' Possession** | **$64.77** |
|---|---|---|---|
| 17.2. | **Savings** | **Chase Bank, N.A., acct no.5532**<br>**Debtor's Possession** | **$1,900.29** |
| 17.3. | **Checking** | **Venmo**<br>**Debtor's Possession** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................

Name of entity:                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

Type of account:                    Institution name:

| **401(k)** | **CSM Mechanical, LLC**<br>**Debtor's Possession** | **$0.00** |
|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................

Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............

Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

| Debtor 1 | Theodore George Borrego, Jr. | | |
|---|---|---|---|
| Debtor 2 | Veronica Paz Borrego | Case number *(if known)* | 25-14217-RAM |

☑ No
☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☑ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☑ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes.  Describe each claim.........

| Debtor 1 | **Theodore George Borrego, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Veronica Paz Borrego** | Case number *(if known)* | **25-14217-RAM** |

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

| | |
|---|---|
| | **$1,990.06** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | |
|---|---|
| | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55.  **Part 1: Total real estate, line 2**  ............................................................................................... | | | **$600,700.00** |
| 56.  **Part 2: Total vehicles, line 5** | **$58,500.00** | | |
| 57.  **Part 3: Total personal and household items, line 15** | **$7,990.00** | | |
| 58.  **Part 4: Total financial assets, line 36** | **$1,990.06** | | |
| 59.  **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61.  **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62.  **Total personal property.** Add lines 56 through 61... | **$68,480.06** | Copy personal property total | **$68,480.06** |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$669,180.06** |



**MARTIN CLAIRE & CO.** LLC
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

## THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO
### 4160 NE 20Th STREET
### HOMESTEAD, FLORIDA 33033

**MARKET VALUE (M.V.)**
**FEBRERO 28, 2025**
**CONTENTS**

| ITEM | QTY | DESCRIPTION | M.V. |
|---|---|---|---|
| | | OUTSIDE FRONT / ENTRANCE | |
| 1 | 2 | Chairs Worn metal frame | $30.00 |
| 2 | 1 | Table Square glass top | $10.00 |
| 3 | 1 | Cabinet Washed oak | $50.00 |
| 4 | 1 | Mirror Round | $10.00 |
| 5 | 5 | Bric-A-Brac contents cabinet | $20.00 |
| | | LIVING ROOM | |
| 6 | 1 | Sofa Tan fabric with cushions | $150.00 |
| 7 | 1 | Side Table dark wood round | $20.00 |
| 8 | 1 | Table Lamp | $15.00 |
| 9 | 1 | Love Seat matching sofa | $125.00 |
| 10 | 1 | Coffee Table dark wood round | $35.00 |
| 11 | 1 | Print on wall Branches large | $25.00 |
| 12 | 1 | Lot Small items balance of room | $20.00 |
| 13 | 1 | Area Rug blue and grey | $50.00 |
| 14 | 1 | Screen Wood frame | $40.00 |
| 15 | 1 | Club Chair white and blue fabric | $60.00 |
| 16 | 1 | Bar Ornate wood with 2matching stools with contents | $200.00 |
| | | LAUNDRY ROOM | |
| 17 | 1 | Washing Machine Maytag | $150.00 |
| 18 | 1 | Drying Machine LG | $200.00 |
| | | DINING ROOM | |
| 19 | 1 | Dining Table ornate wood oblong | $150.00 |
| 20 | 10 | Chairs Matching leather fabric | $300.00 |
| 21 | 1 | Print Framed "Still Life" | $30.00 |
| 22 | 1 | Side Table wood | $20.00 |
| 23 | 1 | Table Lamp | $15.00 |
| 24 | 1 | Plant in pot | $5.00 |
| 25 | 1 | Print Framed | $25.00 |
| | | DEN | |
| 26 | 1 | Sectional Sofa L Shape tan fabric | $200.00 |
| 27 | 1 | Cabinet Low | $60.00 |
| 28 | 1 | Television Insignia 72 inch | $250.00 |
| | | | |
| | | | |
| | | | |

Page 1

ID xVYibhMEd2CRPsQfFNX62Q2s

VPB
ID XXEtdipvyQaSMnTFyZTs6sQi



**MC MARTIN CLAIRE & CO.** LLC
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

## THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO
### 4160 NE 20Th STREET
### HOMESTEAD, FLORIDA 33033

**MARKET VALUE (M.V.)**
**FEBRERO 28, 2025**
**CONTENTS**

| ITEM | QTY | DESCRIPTION | M.V. |
|---|---|---|---|
| | | **KITCHEN** | |
| 29 | 1 | Refrigerator Frigidaire 2 door stainless steel | $200.00 |
| 30 | 1 | Stove Stainless steel Frigidaire | $100.00 |
| 31 | 1 | Dishwasher Stainless steel Frigidaire | $75.00 |
| 32 | 1 | Microwave Stainless steel Frigidaire | $50.00 |
| 33 | 4 | Bar Stools | $80.00 |
| 34 | 1 | Lot Smallwares dishes pots and pans appliances contents of cabinets balance of kitchen estimate | $100.00 |
| 35 | 1 | Blender Oster | $15.00 |
| 36 | 1 | Vortex Plus fryer | $25.00 |
| | | **GARAGE** | |
| 37 | 1 | Chest Freezer topload Frigidaire old poor condition | $50.00 |
| 38 | 1 | Air Compressor 3HP upright old N.G. scrap poor condition | $60.00 |
| 39 | 1 | Saf One door Buffalo | $75.00 |
| 40 | 1 | Tooll Box Husky multi draers with contents small tools | $125.00 |
| 41 | 1 | Bicycle Electric old | $100.00 |
| 42 | 1 | Bicycle Mongoose old | $25.00 |
| 43 | 1 | Steam Cleanner Dewalit Old | $40.00 |
| 44 | 1 | Boom Box with speakers Samsung old | $30.00 |
| 45 | 1 | Television Small on wall old | $20.00 |
| 46 | 1 | Hand Truck | $15.00 |
| 47 | 1 | Folding Table | $10.00 |
| 48 | 2 | Vacuum Cleaners | $30.00 |
| 49 | 1 | Section on shelving | $10.00 |
| 50 | 1 | Lot Household items chemicals etc balance of garage | $25.00 |
| | | **OUTSIDE REAR** | |
| 51 | 1 | Charbroil Outdoor kitchen stainless steel | $200.00 |
| 52 | 1 | Weber BBQ stainless steel | $75.00 |
| 53 | 1 | Dining Table with 6 chairs | $150.00 |
| 54 | 1 | Television 48" Insignia old | $50.00 |
| 55 | 1 | Fire Pit round | $30.00 |
| 56 | 1 | Area Rug floral worn | $25.00 |
| 57 | 2 | Lanterns | $10.00 |
| 58 | 1 | Sectional Sofa L shape worn | $125.00 |
| 59 | 1 | Kettle BB( | N/V |
| 60 | 1 | Baketball Hoop portable | $50.00 |
| 61 | 1 | Treadmill poor condition | $60.00 |
| | | Page 2 | |

VPB



# MARTIN CLAIRE & CO. LLC
### Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

## THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO
### 4160 NE 20Th STREET
### HOMESTEAD, FLORIDA 33033

**MARKET VALUE (M.V.)**
**FEBRERO 28, 2025**
**CONTENTS**

| ITEM | QTY | DESCRIPTION | M.V. |
|------|-----|-------------|------|
| | | **OUTSIDE REAR (CONTINUED)** | |
| 62 | 1 | Steam Cleaner poor condition | $40.00 |
| 63 | 1 | Punching Bag | $15.00 |
| 64 | 1 | Hand Truck | $10.00 |
| 65 | 1 | Cooker poor condition  damaged | N/V |
| | | **BEDROOM** | |
| 66 | 1 | Bed Dark wood bed frame with bedding | $200.00 |
| 67 | 1 | Cabinet 3 drawer | $30.00 |
| 68 | 1 | Table Desk | $40.00 |
| 69 | 1 | Arm Chair black office | $25.00 |
| 70 | 2 | Monitors with accessories and laptop computer | $150.00 |
| 71 | 1 | Lot Clothes in closet and balance of room estimate | $50.00 |
| 72 | 1 | Rocker Chair | $10.00 |
| 73 | 2 | Models | $20.00 |
| | | **MASTER BEDROOM** | |
| 74 | 1 | King Size bed washed light wood frame with bedding | $300.00 |
| 75 | 2 | Night Stands matching | $90.00 |
| 76 | 2 | Table Lamps small | $20.00 |
| 77 | 1 | Chest of drawers matching | $150.00 |
| 78 | 1 | Television Sharp 60" | $100.00 |
| 79 | 1 | Peloton Cycle | $200.00 |
| 80 | 1 | Small Jewelry case with costume jewelry estimate | • $75.00 |
| 81 | 1 | Watch Ladies Movado stainless steel | • $50.00 |
| 82 | 1 | Engagement Ring white gold small diamond set with band white gold | • $300.00 |
| | | **NOTE:** | |
| | | I did not test the rings qualities. Base my value in similar sales on the secondary market. | |
| 83 | 1 | Shotgun Mossberg 88 old | - $150.00 |
| 84 | 1 | Handgun Smith & Wesson 9MM | - $300.00 |
| 85 | 1 | Lot Men's clothes etc contents of closet estimate | $200.00 |
| 86 | 1 | Lot Ladie's clothes etc contents of closet estimate | $300.00 |
| 87 | 1 | Lot Clothes balance of room estimate | $100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Page 3** | |





**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

### THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO
4160 NE 20Th STREET
HOMESTEAD, FLORIDA 33033

MARKET VALUE (M.V.)
FEBRERO 28, 2025
CONTENTS

| ITEM | QTY | DESCRIPTION | M.V. |
|---|---|---|---|
| | | **HALL / 2ND FLOOR** | |
| 88 | 1 | Hall Table half round glass and wood top metal base | $30.00 |
| 89 | 1 | Lot Linens contents of hall closet | $25.00 |
| | | **BEDROOM** | |
| 90 | 1 | Bed Full size with bedding | $100.00 |
| 91 | 1 | Cubby Cabinet white | $20.00 |
| 92 | 1 | Desk White with chair | $40.00 |
| 93 | 1 | Jewelry Cabinet white wood 5 drawer with costume jewelry | $75.00 |
| 94 | 1 | Television Vizio 42" | $30.00 |
| 95 | 1 | Lot Clothes and balance of room estimate | $100.00 |
| | | **BEDROOM** | |
| 96 | 1 | Bed Full size white with bedding | $100.00 |
| 97 | 1 | Night Stand white | $20.00 |
| 98 | 1 | Chest of drawers white | $60.00 |
| 99 | 1 | Desk Table with chair | $30.00 |
| 100 | 1 | Stand | $10.00 |
| 101 | 1 | Television Samsung | $50.00 |
| 102 | 1 | Lot Clothes and balance of room estimate | $75.00 |
| | | **TOTAL PERSONAL PROPERTY** | $7,990.00 |

VPB

ID xVYibhMEd2CRPaQlFNX62Q2s

ID XX3zdvpvyQa5MnTFyZTa6sQi

**Fill in this information to identify your case:**

Debtor 1    **Theodore George Borrego, Jr.**
First Name    Middle Name    Last Name

Debtor 2    **Veronica Paz Borrego**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number    **25-14217-RAM**
(if known)

■ Check if this is an
amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **American Express** | Last 4 digits of account number | **2008** | | **$9,320.17** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 981535**
**El Paso, TX 79998-1535**

When was the debt incurred?    **Opened 05/24  Last Active 3/09/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Misc. Consumer Purchases**

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)   **25-14217-RAM**

---

| 4.2 | **American Express** | Last 4 digits of account number | **1001** | $2.00 |

Nonpriority Creditor's Name

**P.O. Box 981535**
**El Paso, TX 79998-1535**

When was the debt incurred?   **Opened 10/24  Last Active 3/09/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Consumer Purchases**

---

| 4.3 | **Ancion HVAC Solutions** | Last 4 digits of account number | **8502** | $1.00 |

Nonpriority Creditor's Name

**2752 NW 30th Way**
**Fort Lauderdale, FL 33311**

When was the debt incurred?   **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debtor does not concede the creditor listed here holds a valid claim against him individually. Because creditor holds a claim against the related business, it is listed prophylactically to prevent creditor from asserting a claim against Debtor**

☐ Yes

■ Other. Specify

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)  **25-14217-RAM**

| 4.4 | **ASAP Air Mechanical Team, Inc.** | Last 4 digits of account number | **0924** | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4160 N.E. 20th St**
**Homestead, FL 33033**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debtor does not concede his related business has a valid claim against him, but it is listed prophylactically to prevent any derivative claim against him.**

---

| 4.5 | **Avant/WebBank** | Last 4 digits of account number | **1825** | $29.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**222 North Lasalle Street**
**Suite 1600**
**Chicago, IL 60601**
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/21  Last Active 03/25**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Consumer Purchases**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **1070** | $3,971.54 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?   **Opened 05/16  Last Active 03/25**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Consumer Purchases**

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)  **25-14217-RAM**

---

| 4.7 | **Capital One** | Last 4 digits of account number **9599** | $3,938.17 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?  **Opened 05/16  Last Active 03/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8 | **Capital One** | Last 4 digits of account number **5702** | $1,888.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?  **Opened 03/17  Last Active 03/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.9 | **Capital One** | Last 4 digits of account number **0877** | $696.08 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?  **Opened  5/06/22  Last Active 03/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)  **25-14217-RAM**

---

| 4.10 | **Capital One** | Last 4 digits of account number | **4551** | $630.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?  **Opened 12/31/15  Last Active 03/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.11 | **Capital One** | Last 4 digits of account number | **2547** | $500.05 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?  **Opened 01/16  Last Active 03/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.12 | **Capital One** | Last 4 digits of account number | **7179** | $373.43 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?  **Opened 10/17  Last Active 03/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (*if known*)  **25-14217-RAM**

---

| 4.1 3 | |
|---|---|

**Capital One/Bass Pro Shop**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9589**                    **$4,935.00**

When was the debt incurred?  **Opened 03/24  Last Active 03/25**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

---

| 4.1 4 | |
|---|---|

**Capital One/BJ's**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0906**                    **$1,752.00**

When was the debt incurred?  **Opened  8/05/23  Last Active 02/25**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

---

| 4.1 5 | |
|---|---|

**Capital One/Kohl's**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2930**                    **$440.00**

When was the debt incurred?  **Opened 12/07/20  Last Active 02/25**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)  **25-14217-RAM**

---

**4.16**

**Citibank**

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**
**PO Box 790040**
**St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **8690**                    $2,496.00

When was the debt incurred?   **Opened 01/24  Last Active 11/22/24**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Misc. Consumer Purchases**

---

**4.17**

**Citibank/The Home Depot**

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**
**PO Box 790040**
**St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0680**                    $402.00

When was the debt incurred?   **Opened 05/24  Last Active 02/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Misc. Consumer Purchases**

---

**4.18**

**Comenity Bank/Jared**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4420**                    $2,684.00

When was the debt incurred?   **Opened 12/22  Last Active 02/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Misc. Consumer Purchases**

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)  **25-14217-RAM**

---

| 4.1 9 | **Comenity Bank/Victorias Secret** | Last 4 digits of account number | **5585** | **$3,542.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened 12/22  Last Active 03/25**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

---

| 4.2 0 | **Credit One Bank** | Last 4 digits of account number | **9716** | **$1,898.00** |

Nonpriority Creditor's Name
**P.O. Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened 03/21  Last Active 02/25**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

---

| 4.2 1 | **Credit One Bank** | Last 4 digits of account number | **7348** | **$1,438.00** |

Nonpriority Creditor's Name
**P.O. Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened 09/18  Last Active 02/25**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)  **25-14217-RAM**

---

| 4.2 2 | | | |
|---|---|---|---|

**Credit One Bank**

Last 4 digits of account number    **6090**              **$1,155.00**

Nonpriority Creditor's Name

**P.O. Box 98873**
**Las Vegas, NV 89193**

When was the debt incurred?    **Opened 10/22  Last Active 02/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only                                          □ Contingent

□ Debtor 1 and Debtor 2 only                             □ Unliquidated

□ At least one of the debtors and another                □ Disputed

□ **Check if this claim is for a community debt**        **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                      □ Student loans

■ No                                                     □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Yes                                                    □ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify  **Misc. Consumer Purchases**

---

| 4.2 3 | | | |
|---|---|---|---|

**Discover Financial**

Last 4 digits of account number    **0908**              **$13,890.30**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 3025**
**New Albany, OH 43054**

When was the debt incurred?    **Opened 12/23  Last Active 02/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only

■ Debtor 2 only                                          □ Contingent

□ Debtor 1 and Debtor 2 only                             □ Unliquidated

□ At least one of the debtors and another                □ Disputed

□ **Check if this claim is for a community debt**        **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                      □ Student loans

■ No                                                     □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Yes                                                    □ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify  **Misc. Consumer Purchases**

---

| 4.2 4 | | | |
|---|---|---|---|

**Discover Financial**

Last 4 digits of account number    **8818**              **$13,574.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 3025**
**New Albany, OH 43054**

When was the debt incurred?    **Opened 03/23  Last Active 01/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only                                          □ Contingent

□ Debtor 1 and Debtor 2 only                             □ Unliquidated

□ At least one of the debtors and another                □ Disputed

□ **Check if this claim is for a community debt**        **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                      □ Student loans

■ No                                                     □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Yes                                                    □ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify  **Misc. Consumer Purchases**

---

Debtor 1    **Theodore George Borrego, Jr.**
Debtor 2    **Veronica Paz Borrego**

Case number (if known)    **25-14217-RAM**

---

| 4.2 5 | **Engineered Comfort Systems, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**12480 Allen Road**
**Taylor, MI 48180**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0924**                    **$0.00**

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Debtor does not concede the creditor listed here holds a valid claim against him individually. Because creditor holds a claim against the related business, it is listed prophylactically to prevent creditor from**
■ Other. Specify    **asserting a claim against Debtor**

---

| 4.2 6 | **EPGD Attorneys at Law P.A.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**777 SW 37 Avenue Suite 510**
**Miami, FL 33135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7675**                    **$21,971.13**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

                                **Attorney Fees**
■ Other. Specify    **Case No.: 2:24-cv-10924**

---

| 4.2 7 | **Equifax** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 740241**
**Atlanta, GA 30374**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Reporting Agency**

---

Debtor 1    **Theodore George Borrego, Jr.**
Debtor 2    **Veronica Paz Borrego**

Case number *(if known)*    **25-14217-RAM**

---

**4.28**

**Experian Credit Bureau**

Nonpriority Creditor's Name

**475 Anton Blvd.**
**Costa Mesa, CA 92626**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **None**                    **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Reporting Agency**

---

**4.29**

**Genesis FS Card Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 4477**
**Beaverton, OR 97076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0907**                    **$186.00**

When was the debt incurred?    **Opened 12/22  Last Active 12/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Consumer Purchases**

---

**4.30**

**Goldman Sachs Bank USA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 70379**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9404**                    **$2,852.00**

When was the debt incurred?    **Opened 08/23  Last Active 01/25**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Consumer Purchases**

---

Debtor 1   **Theodore George Borrego, Jr.**
Debtor 2   **Veronica Paz Borrego**                                    Case number (if known)   **25-14217-RAM**

---

| 4.3 1 | **Macy's** | Last 4 digits of account number | **3251** | **$1,161.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Processing**
**PO Box 6786**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

When was the debt incurred?   **Opened 12/22  Last Active 02/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes
- ■ Other. Specify   **Misc. Consumer Purchases**

---

| 4.3 2 | **Mission Lane LLC** | Last 4 digits of account number | **0829** | **$5,876.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 105286**
**Atlanta, GA 30348**

Number Street City State Zip Code

When was the debt incurred?   **Opened 08/22  Last Active 02/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes
- ■ Other. Specify   **Misc. Consumer Purchases**

---

| 4.3 3 | **Mission Lane LLC** | Last 4 digits of account number | **4039** | **$3,806.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 105286**
**Atlanta, GA 30348**

Number Street City State Zip Code

When was the debt incurred?   **Opened 03/23  Last Active 02/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes
- ■ Other. Specify   **Misc. Consumer Purchases**

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**                              Case number (if known)  **25-14217-RAM**

---

| 4.3 4 | **Resting My Eyes II, LLC** | Last 4 digits of account number  **t706** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/o Bernard Coniff, Registered Agent**
**3521 SW 87th Ct**
**Miami, FL 33165**

When was the debt incurred?  **8/6/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Debtor does not concede the creditor listed here holds a valid claim against him individually. Because creditor holds a claim against the related business, it is listed prophylactically to prevent creditor from asserting a claim against Debtor**

☐ Yes

■ Other. Specify

---

| 4.3 5 | **Syncb/Rooms To Go** | Last 4 digits of account number  **9635** | $1,163.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?  **Opened 10/22  Last Active 03/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Consumer Purchases**

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**

Case number (if known)  **25-14217-RAM**

---

| 4.3 6 | **Synchrony Bank/Lowes** | Last 4 digits of account number | **8422** | **$344.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/22  Last Active 01/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Misc. Consumer Purchases**

---

| 4.3 7 | **Synchrony Bank/Rooms To Go** | Last 4 digits of account number | **9028** | **$3,536.69** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 71756**
**Philadelphia, PA 19176**
Number Street City State Zip Code

When was the debt incurred?   **Opened 08/22  Last Active 01/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Misc. Consumer Purchases**

---

| 4.3 8 | **Transunion Credit Bureau** | Last 4 digits of account number | **None** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 2000**
**Crester, PA 19022**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Credit Reporting Agency**

---

Debtor 1 **Theodore George Borrego, Jr.**
Debtor 2 **Veronica Paz Borrego**

Case number (*if known*)   **25-14217-RAM**

---

| 4.3 9 | **Truist Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 200**
**Wilson, NC 27894**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7410**        **$673.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Bank Over Draft Business Account**

---

| 4.4 0 | **Upgrade, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**275 Battery Street 23rd Floor**
**San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2974**        **$5,289.00**

**When was the debt incurred?**  **Opened 12/22  Last Active 03/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan**

---

| 4.4 1 | **Upgrade, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**275 Battery Street 23rd Floor**
**San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9575**        **$2,727.00**

**When was the debt incurred?**  **Opened 11/23  Last Active 03/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan**

---

Debtor 1   **Theodore George Borrego, Jr.**
Debtor 2   **Veronica Paz Borrego**

Case number (if known)   **25-14217-RAM**

---

| 4.4 2 | **WebBank/OneMain** | Last 4 digits of account number | **7890** | **$1,696.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**215 South State Street, Suite 1000**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

When was the debt incurred?     **Opened 02/23  Last Active 02/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Misc. Consumer Purchases**

---

| 4.4 3 | **Winsupply Miami FL Co.** | Last 4 digits of account number | **1290** | **$1.00** |

Nonpriority Creditor's Name
**8830 NW 24th Ter**
**Miami, FL 33172**
Number Street City State Zip Code

When was the debt incurred?     **2024**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Debtor does not concede the creditor listed here holds a valid claim against him individually. Because creditor holds a claim against the related business, it is listed prophylactically to prevent creditor from**

- ■ Other. Specify   **asserting a claim against Debtor**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Bernard P. Coniff**
**3521 SW 87 Ct**
**Miami, FL 33165**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **None**

Name and Address
**Cangas Law, PLLC**
**150 S Pine Island Rd Suite 300**
**Plantation, FL 33324**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **t704**

Name and Address
**Engineered Comfort Systems, Inc.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**                                    Case number (if known)  **25-14217-RAM**

**3837 Commerce Pkwy**
**Hollywood, FL 33025**                                              ■ Part 2: Creditors with Nonpriority Unsecured Claims

                              Last 4 digits of account number          **0924**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Engineered Comfort Systems, Inc.**<br>**3837 Commerce Pkwy**<br>**Hollywood, FL 33025** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

                              Last 4 digits of account number          **0924**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Law Offices of Brent J. Leder, PC**<br>**C/o Brent J. Leder, Attorney**<br>**5116 Cohoctah**<br>**West Bloomfield, MI 48322** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

                              Last 4 digits of account number          **0924**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Taft Stettinius & Hollister**<br>**27777 Franklin Rd. Ste.2500**<br>**Southfield, MI 48034** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

                              Last 4 digits of account number          **0924**

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 2,496.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 118,342.68 |
|  | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 120,838.68 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Theodore George Borrego, Jr.** |
| Debtor 2<br>(Spouse, if filing) | **Veronica Paz Borrego** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number<br>(If known) | **25-14217-RAM** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income
<span style="float:right">12/15</span>

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | **Operations Fleet Manager** | **Housewife** |
| | **Employer's name** | **South Florida Auto Recovery Corp.** | |
| | **Employer's address** | **10460 SW 187th Ter Unit.101 Miami, FL 33157** | |
| | **How long employed there?** | 5/27/2025 - Present | |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $              0.00 | $              0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$              0.00 | +$              0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $              0.00 | $              0.00 |

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**                                Case number (*if known*)  **25-14217-RAM**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   7.   $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 8,666.67 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify:  2024 Tax Refund $4,662 / 12 | 8h.+ | $ 388.50 + | $ 0.00 |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 9,055.17    $ 0.00

10. **Calculate monthly income.**  Add line 7 + line 9.   10.   $ 9,055.17 + $ 0.00 = $ 9,055.17
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 9,055.17

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Theodore George Borrego, Jr.**

Debtor 2 **Veronica Paz Borrego**
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number **25-14217-RAM**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                             12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **11** | ☐ No  ■ Yes |
| **Daughter** | **18** | ☐ No  ■ Yes |
| **Daughter** | **21** | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $    3,182.55

   If not included in line 4:

   4a. Real estate taxes     4a. $    0.00
   4b. Property, homeowner's, or renter's insurance     4b. $    0.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $    80.00
   4d. Homeowner's association or condominium dues     4d. $    116.48

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $    0.00

Debtor 1   **Theodore George Borrego, Jr.**
Debtor 2   **Veronica Paz Borrego**                    Case number (if known)   **25-14217-RAM**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **410.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **90.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **0.00** |
| | 6d. | Other. Specify:  **Cable** | 6d. $ | **166.33** |
| | | **Internet** | $ | **89.98** |
| | | **Cell Phone** | $ | **229.96** |
| | | **FuboTV** | $ | **37.40** |
| | | **Amazon Prime** | $ | **15.13** |
| | | **Netflix** | $ | **20.36** |
| | | **Hulu** | $ | **19.26** |
| | | **Google One** | $ | **1.99** |
| | | **Prime Videos** | $ | **9.06** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,212.40** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **140.00** |
| 10. | **Personal care products and services** | | 10. $ | **120.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **60.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **519.60** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **283.58** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **1,200.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:  **Tolls** | | 21. +$ | **50.00** |
| | | **Afterschool Sports** | +$ | **195.00** |
| | | **UM Tuition** | +$ | **437.03** |
| | | **Pet** | +$ | **30.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | **8,716.11** |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | **8,716.11** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **9,055.17** |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | **8,716.11** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **339.06** |

| Debtor 1 | **Theodore George Borrego, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Veronica Paz Borrego** | Case number (if known) | **25-14217-RAM** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.

   ■ Yes. | Explain here: **Anticipated Increase in additional College Tuition.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Theodore George Borrego, Jr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Veronica Paz Borrego** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **25-14217-RAM** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| | **Sign Below** |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| | |
|---|---|
| X **/s/ Theodore George Borrego, Jr.** | X **/s/ Veronica Paz Borrego** |
| **Theodore George Borrego, Jr.** | **Veronica Paz Borrego** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May 27, 2025** | Date **May 27, 2025** |

Official Form 106Dec                     Declaration About an Individual Debtor's Schedules