

ORDERED in the Southern District of Florida on August 8, 2025.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 25-14217-RAM
                                                                      Chapter 13
THEODORE GEORGE BORREGO, JR. and
VERONICA PAZ BORREGO

    Debtors.
_____/

**SECOND AGREED ORDER GRANTING AGREED EX PARTE MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBT**

THIS MATTER came before the Court without hearing upon Engineered Comfort Systems, Inc.'s *Second Agreed Ex Parte Motion to Extend Time to Object to Dischargeability of Debt* [ECF No. 48 ]. The Court having reviewed the Motion, noting the agreement of the parties and having been otherwise fully advised, it is

ORDERED that:

1.    The *Second Agreed Ex Parte Motion to Extend Time to Object to Dischargeability of Debt* is **GRANTED**.

175298602v1

2.	The deadline for Engineered Comfort Systems, Inc. to file a complaint objecting to the dischargeability of a particular debt pursuant to 11 U.S.C. § 523 is hereby extended through and including September 26, 2025.

###

**Submitted By:**

BY:  /s/Kimberly Ross Clayson
Kimberly Ross Clayson
TAFT STETTINIUS & HOLLISTER, LLP
27777 Franklin Rd. Suite 2500
Main: (248) 351-3000
Direct: (248) 727-1635
Fax: N/A
kclayson@taftlaw.com
Michigan Bar No. P69804

and

BY:  /s/Robert C. Furr
Robert C. Furr
FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Main: (561) 395-0500
Direct: (561) 417-1563
Fax: (561) 338-7532
rfurr@furrcohen.com
Florida Bar No. 210854

*Attorneys for Engineered Comfort Systems, Inc.*

*Attorney Kimberly Ross Clayson is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*

175298602v1