| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Theodore George Borrego, Jr. | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | Veronica Paz Borrego | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | 25-14217-RAM | |

■ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. $ **600,700.00**

   1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $ **67,496.92**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................. $ **668,196.92**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*   $ **382,053.64**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... $ **120,838.68**

   **Your total liabilities**  $ **502,892.32**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................. $ **8,666.67**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................... $ **8,326.31**

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**                    Case number *(if known)* **25-14217-RAM**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. | $ **8,666.67**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 2,496.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,496.00 |

| | |
|---|---|
| **Fill in this information to identify your case and this filing:** | |
| Debtor 1 | **Theodore George Borrego, Jr.** <br> First Name   Middle Name   Last Name |
| Debtor 2 <br> (Spouse, if filing) | **Veronica Paz Borrego** <br> First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | 25-14217-RAM |

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

   1.1
   **4160 N.E. 20th St**
   Street address, if available, or other description

   **Homestead**   **FL**   **33033-0000**
   City   State   ZIP Code

   **Miami-Dade**
   County

   **What is the property?** Check all that apply
   ■ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $600,700.00
   **Current value of the portion you own?** $600,700.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Tenancy by the Entirety**

   ☐ Check if this is community property
   (see instructions)

   Other information you wish to add about this item, such as local property identification number:
   **Folio:10-7910-034-0100**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..............................................................=>**    **$600,700.00**

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Official Form 106A/B                            Schedule A/B: Property                                    page 1

| Debtor 1 | Theodore George Borrego, Jr. | | |
|---|---|---|---|
| Debtor 2 | Veronica Paz Borrego | Case number *(if known)* | 25-14217-RAM |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | 3.1 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
   |---|---|---|---|---|---|
   | | Model: | **Traverse** | ■ Debtor 1 only | | |
   | | Year: | **2020** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
   | | Approximate mileage: | **70,452** | ☐ Debtor 1 and Debtor 2 only | | |
   | | Other information: | | ☐ At least one of the debtors and another | | |
   | | VIN#1GNERFKWXLJ222549 Debtors' Possession | | ☐ Check if this is community property *(see instructions)* | $14,000.00 | $14,000.00 |

   | 3.2 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
   |---|---|---|---|---|---|
   | | Model: | **Silverado 2500HD** | ☐ Debtor 1 only | | |
   | | Year: | **2024** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
   | | Approximate mileage: | **28,544** | ■ Debtor 1 and Debtor 2 only | | |
   | | Other information: | | ☐ At least one of the debtors and another | | |
   | | VIN#2GC1YME77R1108515 Debtors' Possession | | ☐ Check if this is community property *(see instructions)* | $42,000.00 | $42,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> **$56,000.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Used Household Goods & Furnishing [see attachment to Sch. B] Debtors' Possession | $6,215.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

Debtor 1  **Theodore George Borrego, Jr.**
Debtor 2  **Veronica Paz Borrego**                                              Case number *(if known)*  **25-14217-RAM**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | **Firearm [See Attachment to Sch. B]** <br> **Debtor's Possession** | **$450.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Used Clothing [see attachment to Sch. B]** <br> **Debtor's Possession** | **$900.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Jewelry [See Attachment to Sch. B]** <br> **Debtors' Possession** | **$425.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | **1 Small Dog Mix Maltese** <br> **Debtor's Possession** | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................** | **$7,990.00** |

| Part 4: | **Describe Your Financial Assets** |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.............................................................................................

Official Form 106A/B                     Schedule A/B: Property                                      page 3

| Debtor 1 | Theodore George Borrego, Jr. | | |
|---|---|---|---|
| Debtor 2 | Veronica Paz Borrego | Case number *(if known)* | 25-14217-RAM |

| | | |
|---|---|---|
| | **Cash**<br>Debtor's Possession | $25.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking | Chase Bank, N.A., acct no.1596<br>Debtors' Possession | $64.77 |
| 17.2. | Savings | Chase Bank, N.A., acct no.5532<br>Debtor's Possession | $1,900.29 |
| 17.3. | Checking | Venmo<br>Debtor's Possession | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
          Name of entity:                                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | CSM Mechanical, LLC<br>Debtor's Possession | $1,516.86 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

| Debtor 1 | Theodore George Borrego, Jr. | | |
|---|---|---|---|
| Debtor 2 | Veronica Paz Borrego | Case number *(if known)* | 25-14217-RAM |

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:            Beneficiary:            Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

| | | |
|---|---|---|
| Debtor 1 | **Theodore George Borrego, Jr.** | |
| Debtor 2 | **Veronica Paz Borrego** | Case number *(if known)* **25-14217-RAM** |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................ **$3,506.92**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | | **$600,700.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$56,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$7,990.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$3,506.92** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$67,496.92** | Copy personal property total | **$67,496.92** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$668,196.92** |



# MARTIN CLAIRE & CO. LLC
### Appraisal and Auction Services

## PERSONAL PROPERTY APPRAISAL

**THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO**
**4160 NE 20Th STREET**
**HOMESTEAD, FLORIDA 33033**

**MARKET VALUE (M.V.)**
**FEBRERO 28, 2025**
**CONTENTS**

| ITEM | QTY | DESCRIPTION | M.V. |
|---|---|---|---|
| | | **OUTSIDE FRONT / ENTRANCE** | |
| 1 | 2 | Chairs Worn metal frame | $30.00 |
| 2 | 1 | Table Square glass top | $10.00 |
| 3 | 1 | Cabinet Washed oak | $50.00 |
| 4 | 1 | Mirror Round | $10.00 |
| 5 | 5 | Bric-A-Brac contents cabinet | $20.00 |
| | | **LIVING ROOM** | |
| 6 | 1 | Sofa Tan fabric with cushions | $150.00 |
| 7 | 1 | Side Table dark wood round | $20.00 |
| 8 | 1 | Table Lamp | $15.00 |
| 9 | 1 | Love Seat matching sofa | $125.00 |
| 10 | 1 | Coffee Table dark wood round | $35.00 |
| 11 | 1 | Print on wall Branches large | $25.00 |
| 12 | 1 | Lot Small items balance of room | $20.00 |
| 13 | 1 | Area Rug blue and grey | $50.00 |
| 14 | 1 | Screen Wood frame | $40.00 |
| 15 | 1 | Club Chair white and blue fabric | $60.00 |
| 16 | 1 | Bar Ornate wood with 2 matching stools with contents | $200.00 |
| | | **LAUNDRY ROOM** | |
| 17 | 1 | Washing Machine Maytag | $150.00 |
| 18 | 1 | Drying Machine LG | $200.00 |
| | | **DINING ROOM** | |
| 19 | 1 | Dining Table ornate wood oblong | $150.00 |
| 20 | 10 | Chairs Matching leather fabric | $300.00 |
| 21 | 1 | Print Framed "Still Life" | $30.00 |
| 22 | 1 | Side Table wood | $20.00 |
| 23 | 1 | Table Lamp | $15.00 |
| 24 | 1 | Plant in pot | $5.00 |
| 25 | 1 | Print Framed | $25.00 |
| | | **DEN** | |
| 26 | 1 | Sectional Sofa L Shape tan fabric | $200.00 |
| 27 | 1 | Cabinet Low | $60.00 |
| 28 | 1 | Television Insignia 72 inch | $250.00 |



# PERSONAL PROPERTY APPRAISAL

## THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO
### 4160 NE 20Th STREET
### HOMESTEAD, FLORIDA 33033

**MARKET VALUE (M.V.)**
**FEBRERO 28, 2025**
**CONTENTS**

| ITEM | QTY | DESCRIPTION | M.V. |
|---|---|---|---|
|  |  | **KITCHEN** |  |
| 29 | 1 | Refrigerator Frigidaire 2 door stainless steel | $200.00 |
| 30 | 1 | Stove Stainless steel Frigidaire | $100.00 |
| 31 | 1 | Dishwasher Stainless steel Frigidaire | $75.00 |
| 32 | 1 | Microwave Stainless steel Frigidaire | $50.00 |
| 33 | 4 | Bar Stools | $80.00 |
| 34 | 1 | Lot Smallwares dishes pots and pans appliances contents of cabinets balance of kitchen estimate | $100.00 |
| 35 | 1 | Blender Oster | $15.00 |
| 36 | 1 | Vortex Plus fryer | $25.00 |
|  |  | **GARAGE** |  |
| 37 | 1 | Chest Freezer topload Frigidaire old poor condition | $50.00 |
| 38 | 1 | Air Compressor 3HP upright old N.G. scrap poor condition | $60.00 |
| 39 | 1 | Saf One door Buffalo | $75.00 |
| 40 | 1 | Tooll Box Husky multi draers with contents small tools | $125.00 |
| 41 | 1 | Bicycle Electric old | $100.00 |
| 42 | 1 | Bicycle Mongoose old | $25.00 |
| 43 | 1 | Steam Cleanner Dewallt Old | $40.00 |
| 44 | 1 | Boom Box with speakers Samsung old | $30.00 |
| 45 | 1 | Television Small on wall old | $20.00 |
| 46 | 1 | Hand Truck | $15.00 |
| 47 | 1 | Folding Table | $10.00 |
| 48 | 2 | Vacuum Cleaners | $30.00 |
| 49 | 1 | Section on shelving | $10.00 |
| 50 | 1 | Lot Household items chemicals etc balance of garage | $25.00 |
|  |  | **OUTSIDE REAR** |  |
| 51 | 1 | Charbroil Outdoor kitchen stainless steel | $200.00 |
| 52 | 1 | Weber BBQ stainless steel | $75.00 |
| 53 | 1 | Dining Table with 6 chairs | $150.00 |
| 54 | 1 | Television 46" Insignia old | $50.00 |
| 55 | 1 | Fire Pit round | $30.00 |
| 56 | 1 | Area Rug floral worn | $25.00 |
| 57 | 2 | Lanterns | $10.00 |
| 58 | 1 | Sectional Sofa L shape worn | $125.00 |
| 59 | 1 | Kettle BB( | N/V |
| 60 | 1 | Baketball Hoop portable | $50.00 |
| 61 | 1 | Treadmill poor condition | $60.00 |



## MARTIN CLAIRE & CO. LLC
### Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

**THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO**
4160 NE 20Th STREET
HOMESTEAD, FLORIDA 33033

**MARKET VALUE (M.V.)**
**FEBRERO 28, 2025**
**CONTENTS**

| ITEM | QTY | DESCRIPTION | M.V. |
|---|---|---|---|
| | | **OUTSIDE REAR (CONTINUED)** | |
| 62 | 1 | Steam Cleaner poor condition | $40.00 |
| 63 | 1 | Punching Bag | $15.00 |
| 64 | 1 | Hand Truck | $10.00 |
| 65 | 1 | Cooker poor condition damaged | N/V |
| | | **BEDROOM** | |
| 66 | 1 | Bed Dark wood bed frame with bedding | $200.00 |
| 67 | 1 | Cabinet 3 drawer | $30.00 |
| 68 | 1 | Table Desk | $40.00 |
| 69 | 1 | Arm Chair black office | $25.00 |
| 70 | 2 | Monitors with accessories and laptop computer | $150.00 |
| 71 | 1 | Lot Clothes in closet and balance of room estimate | $50.00 |
| 72 | 1 | Rocker Chair | $10.00 |
| 73 | 2 | Models | $20.00 |
| | | **MASTER BEDROOM** | |
| 74 | 1 | King Size bed washed light wood frame with bedding | $300.00 |
| 75 | 2 | Night Stands matching | $90.00 |
| 76 | 2 | Table Lamps small | $20.00 |
| 77 | 1 | Chest of drawers matching | $150.00 |
| 78 | 1 | Television Sharp 60" | $100.00 |
| 79 | 1 | Peloton Cycle | $200.00 |
| 80 | 1 | Small Jewelry case with costume jewelry estimate | $75.00 |
| 81 | 1 | Watch Ladies Movado stainless steel | $50.00 |
| 82 | 1 | Engagement Ring white gold small diamond set with band white gold | $300.00 |
| | | NOTE: | |
| | | I did not test the rings qualities. Base my value in similar sales on the secondary market. | |
| 83 | 1 | Shotgun Mossberg 88 old | $150.00 |
| 84 | 1 | Handgun Smith & Wesson 9MM | $300.00 |
| 85 | 1 | Lot Men's clothes etc contents of closet estimate | $200.00 |
| 86 | 1 | Lot Ladie's clothes etc contents of closet estimate | $300.00 |
| 87 | 1 | Lot Clothes balance of room estimate | $100.00 |





# MARTIN CLAIRE & CO. LLC
Appraisal and Auction Services

## PERSONAL PROPERTY APPRAISAL

**THEODORE GEORGE BORREGO Jr AND VERONICA PAZ BOREGO**
4160 NE 20Th STREET
HOMESTEAD, FLORIDA 33033

**MARKET VALUE (M.V.)**
FEBRERO 28, 2025
CONTENTS

| ITEM | QTY | DESCRIPTION | M.V. |
|---|---|---|---|
|  |  | **HALL / 2ND FLOOR** |  |
| 88 | 1 | Hall Table half round glass and wood top metal base | $30.00 |
| 89 | 1 | Lot Linens contents of hall closet | $25.00 |
|  |  | **BEDROOM** |  |
| 90 | 1 | Bed Full size with bedding | $100.00 |
| 91 | 1 | Cubby Cabinet white | $20.00 |
| 92 | 1 | Desk White with chair | $40.00 |
| 93 | 1 | Jewelry Cabinet white wood 5 drawer with costume jewelry | $75.00 |
| 94 | 1 | Television Vizio 42" | $30.00 |
| 95 | 1 | Lot Clothes and balance of room estimate | $100.00 |
|  |  | **BEDROOM** |  |
| 96 | 1 | Bed Full size white with bedding | $100.00 |
| 97 | 1 | Night Stand white | $20.00 |
| 98 | 1 | Chest of drawers white | $60.00 |
| 99 | 1 | Desk Table with chair | $30.00 |
| 100 | 1 | Stand | $10.00 |
| 101 | 1 | Television Samsung | $50.00 |
| 102 | 1 | Lot Clothes and balance of room estimate | $75.00 |
|  |  | **TOTAL PERSONAL PROPERTY** | **$7,990.00** |

Page 4

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Theodore George Borrego, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Veronica Paz Borrego** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | **25-14217-RAM** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Theodore George Borrego, Jr.**   X **/s/ Veronica Paz Borrego**
**Theodore George Borrego, Jr.**              **Veronica Paz Borrego**
Signature of Debtor 1                                 Signature of Debtor 2

Date **August 27, 2025**                            Date **August 27, 2025**