**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: THEODORE G. BORREGO, JR.                          Case No. 25-14217-RAM
 and VERONICA P. BORREGO                          Chapter 13
_____Debtors_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B)**
**CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtors hereby certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)  ☐  No further action is necessary.

2)  The following actions have been taken:

☐  The debtor has filed an_____.

☐  The debtor has filed a third amended plan to provide 100% to unsecured creditors.

☒  Other: a Notice of Rule 2004 Examination has been filed by creditor Engineered Comfort Systems, Inc. POC# 22.

A copy of this certificate of compliance was served on the chapter 13 trustee and the debtor on 09/04/2025.

Submitted by:    /s/ James Schwitalla, Esquire
Name                James Schwitalla, Esquire
Florida Bar Number  911488
Firm                The Bankruptcy Law Offices
                    of James Schwitalla, P.A.